# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTURO ESPARZA,<br><br>Defendant. | No. 11cr1451-MMA<br><br><br>**ORDER AND JUDGMENT OF DISMISSAL**<br><br>[Doc. No. 135] |

On motion of the United States and with good cause shown, the Court **DISMISSES** the Indictment in the above-captioned case with prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: July 24, 2015

HON. MICHAEL M. ANELLO
United States District Judge